# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT RIDER,<br><br>    Plaintiff,<br><br>v.<br><br>STU SHERMAN, et al.,<br><br>    Defendants. | 1:18-cv-00208 SKO (PC)<br><br>**ORDER TO SUBMIT A SIGNED APPLICATION TO PROCEED** *IN FORMA PAUPERIS* **OR PAY FILING FEE WITHIN 21 DAYS** |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2.) Though Plaintiff signed a statement that he submitted with the application, he did not sign the application.

Accordingly, IT IS HEREBY ORDERED that, **within twenty-one (21) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in recommendation to dismiss this action for Plaintiff's failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **February 14, 2018**　　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1