UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER SCOTT RIDER, | 1:18-cv-00208 LJO-SKO (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHDRAWING FINDINGS AND RECOMMENDATIONS TO DENY |
| v. | |
| STU SHERMAN, et al, | (Docs. 2, 8, 11) |
| Defendants. | and |
| | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Because Plaintiff incurred three strikes prior to filing this action, on March 20, 2018, findings and recommendations issued to deny Plaintiff's motions to proceed in forma pauperis. However, in his objections, Plaintiff states that the conditions he complains of in this action was not an isolated incident, but that similar conditions occur with some frequency. (Doc. 12.) This is accepted to meet the ongoing imminent danger exception to section 1915. *Andrews v. Cervantes*, 493 F.3d 1047, 1056-57 (9th Cir. 2007) (allegations of a housing practice that exposed inmates to contagious diseases sufficed to meet imminent danger exception to PLRA satisfied the "ongoing danger" standard and met the imminence prong of the three-strikes exception).[1]

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court

---

[1] Nothing in this order should be construed to preclude a subsequent defense motion on this issue.

1

payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations to deny Plaintiff's motions to proceed in forma pauperis, issued on March 20, 2018 (Doc. 11), is WITHDRAWN;

2. Plaintiff's application to proceed in forma pauperis is GRANTED;

**3. The Director of the California Department of Corrections or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.**

4. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: **April 19, 2018**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE